441 F.Supp.2d 1252

NORSK HYDRO CANADA INC., Plaintiff, v. THE UNITED STATES, Defendant and US MAGNESIUM LLC,

Court No. 05–000585

*OPINION*

POGUE, Judge: Defendant and Defendant-Intervenor move to dismiss Counts II–IV of Plaintiff's complaint under USCIT R. 12(b)(1) and 12(b)(5) for the reasons this court rejected in *Norsk Hydro Canada Inc. v. United States*, 28 CIT ___ , 350 F. Supp. 2d 1172 (2004) (addressing a prior administrative review). Because the court has, in that prior decision, decided the question at issue here, the motions are denied.

---

[23] *Lee* is of dubious relevance to the matter before this Court. In *Lee*, the plaintiff brought suit against the government for revoking his customs broker license. The matter of the monetary penalties Customs imposed against the plaintiff was not before the court.